# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, A.C. RUGH, M.A. WHITSON**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**AARON A. UNDERWOOD**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201500329**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 7 July 2015.
**Military Judge**: Col J.K. Carberry, USMC.
**Convening Authority**: Commanding Officer, 3d Marine Regiment (REIN), 3d Marine Division (-)(REIN), MCBH, Kaneohe Bay, HI.
**Staff Judge Advocate's Recommendation**: Maj T.S. Taylor, USMC.
**For Appellant**: Maj Emmett Collazo, USMCR.
**For Appellee**: Mr. Brian Keller, Esq.

**18 February 2016**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and pursuant to the pretrial agreement affirm a sentence of 60 days confinement, reduction to pay grade E-1, and a bad-conduct discharge. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court